**Order entered October 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00174-CV**

**IN THE INTEREST OF A.B.P., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-17269**

**ORDER**

The reporter's record in this appeal was due April 2, 2022. After multiple notices and orders, on October 4, 2022, we ordered court reporter Latoya Young to not to sit as a court reporter until she filed either (1) the reporter's record in the above-numbered cause; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to pay for the reporter's requested the reporter's record   The following day, Ms. Young filed a letter stating appellant had not requested the record. In light of Ms. Young's notification, we **VACATE** our October 4, 2022 order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Kim Cooks, Presiding Judge, 255th Judicial District Court, Latoya Young, Official Court Reporter for the 255th Judicial District Court; the Dallas County Auditor's Office; and all parties.

/s/     KEN MOLBERG
        JUSTICE